UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Brenda Hardin v. Bayer HealthCare Pharmaceuticals Inc., et al*        No. 3:09-cv-10024-DRH

*Natosha Gambill v. Bayer HealthCare Pharmaceuticals Inc., et al*      No. 3:10-cv-10143-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 16, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
         **Deputy Clerk**

Dated: August 26, 2013

Digitally signed by David R. Herndon
Date: 2013.08.26 12:09:14 -05'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT